## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>Enock Burgos, Jr.<br>        Debtor(s)<br>Lakeview Loan Servicing, LLC.<br>        Movant<br>v.<br>Enock Burgos, Jr<br>        Respondent(s) | Chapter: 13<br><br>Case No: 25-12562-djb |

## **ORDER**

AND NOW, this upon the Objection of Lakeview Loan Servicing, LLC. and after the opportunity for hearing and considering of all evidence, arguments and briefs of Counsel, it is ORDERED and DECREED that confirmation of the Chapter 13 Plan is DENIED.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE