IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>Enock Burgos, Jr.<br>        Debtor(s)<br>Lakeview Loan Servicing, LLC.<br>        Movant<br>v.<br>Enock Burgos, Jr<br>        Respondent(s) | Chapter: 13<br><br>Case No: 25-12562-djb |

## CERTIFICATE OF SERVICE OF OBJECTION TO PLAN

    I, the undersigned, hereby certify that a true and correct copy of the within Objection to Chapter 13 Plan together with proposed Order and this Certificate, was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

| | |
|---|---|
| Michael A. Cibik<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br>help@cibiklaw.com<br>**Counsel for Debtor** | Kenneth E. West<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106<br>ecfemails@ph13trustee.com<br>**Bankruptcy Trustee** |

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Enock Burgos, Jr Jr.
1016 Harrison Street
Philadelphia, PA 19124
**Debtor(s)**

                                            STERN & EISENBERG, PC
                                            *By: /s/ Daniel P. Jones*
                                            Daniel P. Jones, Esquire
                                            Stern & Eisenberg, PC
                                            djones@sterneisenberg.com
                                            Bar Number: 321876
Date:  July 15, 2025                            Counsel for Movant