**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Enock Burgos Jr.<br>　　　　　　**Debtor(s)** | BK NO. 25-12562 DJB |
| **LAKEVIEW LOAN SERVICING, LLC**<br>　　　　　　**Movant** | Chapter 13 |
| vs. | Hearing Date:  09/18/25 |
| Enock Burgos Jr.<br>　　　　　　**Respondent(s)** | |

### OBJECTION OF LAKEVIEW LOAN SERVICING, LLC
### TO CONFIRMATION OF CHAPTER 13 PLAN

　　LAKEVIEW LOAN SERVICING, LLC (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

　　1.　Secured Creditor intends to file a secured proof of claim setting forth pre-petition arrears in the amount of $11,711.54.

　　2.　Debtor's Plan provides for payment in the amount of $6,030.00 towards the arrearage claim of the Secured Creditor.

　　3.　Debtor's Plan understates the amount of the Secured Creditor's claim by $5,681.54 and does not provide sufficient funding to pay said claim including present value interest.

　　4.　Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

　　5.　In addition, the Debtor's Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

　　WHEREFORE, the Secured Creditor, LAKEVIEW LOAN SERVICING, LLC, prays that the Court deny confirmation of the Debtor's Plan.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: August 19, 2025

　　　　　　　　　　　　　　　　　　 By: /s/ Matthew Fissel
　　　　　　　　　　　　　　　　　　Matthew Fissel, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com