## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Enock Burgos Jr.**<br>　　　　　　　　Debtor(s)<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>　　　　　　　　Movant<br>　　　vs.<br><br>**Enock Burgos Jr.**<br>　　　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 25-12562 DJB |

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **August 19, 2025**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Michael A. Cibik Esq.  (via ECF)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Enock Burgos Jr.
1016 Harrison Street
Philadelphia, PA 19124

Date: August 19, 2025

　　　　　　　　　　　　　　　　　　　By: /s/ Matthew Fissel
　　　　　　　　　　　　　　　　Matthew Fissel, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com