IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
ORPHANS' COURT DIVISION

NO. 2020-X2147

IN RE:  ESTATE OF SONIA N. ROSAS, DECEASED

## ORDER

AND NOW, this 26th day of February 2025, following a hearing on February 25, 2025, it is hereby **ORDERED** and **DECREED** as follows:

1. Enock Burgos is hereby **REMOVED** as Administrator of the Estate of Sonia N. Rosas, Deceased, under 20 Pa. C.S. § 3182(5);

2. **Jennifer D. Gayle, Esquire,** is hereby **APPOINTED** as Administrator d.b.n.c.t.a., upon qualification before the Register of Wills;

3. **Within ten (10) days of the date of this Order**, Enock Burgos shall turn over all assets and records of the Estate to Jennifer D. Gayle, Esquire; and

4. A **conference on the record** with the undersigned is **scheduled** for **Friday, May 2, 2025 at 9:30 a.m. in Courtroom "15,"** Fourth Floor, One Montgomery Plaza, Norristown, Pennsylvania.

BY THE COURT:

_____
MELISSA S. STERLING,    J.

Order e-filed on February 26, 2025.
Copy emailed by Chambers to:
Jennifer D. Gayle, Esquire
Michael A. Ruggieri, Esquire – Counsel for Joel Rosas
Gregory W. Philips, Esquire – Court-appointed GAL for minor child, I. Burgos
Enock Burgos, *pro se*

_____
Judicial Assistant

**Exhibit 'A'**

# DECREE OF THE REGISTER

**Estate of:** SONIA N ROSAS  **File No:** 46-2020-X2147
a/k/a:

    **AND NOW**, the 10th day of March, 2025, in consideration of the foregoing Petition, satisfactory proof having been presented before me, **IT IS DECREED** that **Letters Administration DBN/CTA** are hereby granted to **JENNIFER D GAYLE** in the above estate and (if applicable) that the instrument(s) dated .

*(signature)*
Tina Lawson
Montgomery County Register of Wills

Page 1

*Form RW-02  rev. 10/11/2011*

**Exhibit 'A'**