# Register of Wills
# Certificate of Grant of Letters

File No. 46-2020-X2147

SEAL                ESTATE OF SONIA N ROSAS

Also known as (no aliases)

Social Security No. 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

WHEREAS, SONIA N ROSAS late of NORRISTOWN BOROUGH who died on 4th day of July 2020 and

WHEREAS, the grant of letters is required for the administration of the estate.

THEREFORE, I, D. Bruce Hanes, Register of Wills in and for the County of Montgomery, in the Commonwealth of Pennsylvania, hereby certify that I have this day granted Letters of Administration to ENOCK BURGOS who has duly qualified as ADMINISTRATOR of the estate of the above named decedent and has agreed to administer the estate according to law, all of which fully appears of record in my Office at Norristown, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my Office on this 28th day of August 2020.

*[signature]*

D. Bruce Hanes
Montgomery County Register of Wills

**Exhibit 'B'**