

OMB Approval No. 2502-0265

HUD-1

# A. Settlement Statement (HUD-1)

Page 1 of 2

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins.<br>4. ☐ VA   5. ☐ Conv. Ins. | 6. File Number:<br>1515022-00250 | 7. Loan Number: | 8. Mortgage Insurance Case Number: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside of the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| TRINIDAD ZAVALA MEDINA<br>192 N WHITEHALL ROAD APT F303<br>NORRISTOWN, PA 19403<br><br>GABRIEL TORRES ASCENCIOIN<br>450 FORREST AVENUE<br>NORRISTOWN, PA 19401 | ENOCK BURGOS, ADMINISTRATOR OF THE ESTATE OF SONIA N. ROSAS | |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 1204 ASTOR STREET,<br>NORRISTOWN, PA 19401<br><br>COUNTY: MONTGOMERY<br>PARCEL ID: 13-00-02916-00-5<br><br>TOWNSHIP: NORRISTOWN BOROUGH | KEYSTONE TITLE SERVICES<br>4050 CRUMS MILL ROAD, SUITE 104-A,<br>HARRISBURG, PA 17112<br>PHONE: (717) 901-8342 | |
| | Place of Settlement<br>686 DEKALB PIKE SUITE 102<br>BLUE BELL, PA 19422 | I. Settlement Date<br>05/06/2022<br>Disbursement Date<br>05/06/2022 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $185,000.00 | 401. Contract Sales Price | $185,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | $4,712.70 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustment for items paid by seller in advance** | | **Adjustment for items paid by seller in advance** | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes 2132.4400/yr 05/06/22 to 01/01/23 | $1,402.15 | 407. County Taxes 2132.4400/yr 05/06/22 to 01/01/23 | $1,402.15 |
| 108. Assessments | | 408. Assessments | |
| 109. School Taxes 2986.4700/yr 05/06/22 to 07/01/22 | $458.20 | 409. School Taxes 2986.4700/yr 05/06/22 to 07/01/22 | $458.20 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **$191,573.05** | **420. Gross Amount Due to Seller** | **$186,860.35** |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or earnest money | $10,000.00 | 501. Excess Deposits | |
| 202. Principal Loan Amount | | 502. Settlement Charges to Seller | $16,839.66 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan to Home Point Financial Corporation | $59,827.77 |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **$10,000.00** | **520. Total Reduction Amount Due Seller** | **$76,667.43** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | $191,573.05 | 601. Gross amount due to seller (line 420) | $186,860.35 |
| 302. Less amounts paid by/for borrower (line 220) | $10,000.00 | 602. Less reductions in amount due seller (line 520) | $76,667.43 |
| 303. Cash  ☒ From  ☐ To Borrower | $181,573.05 | 603. Cash  ☒ To  ☐ From Seller | $110,192.92 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Initials _____

Exhibit 'C'     EB_Admin_0165

| 1515022-00250 | HUD-1 | Page 2 of 2 |
|---|---|---|

## L. Settlement Charges

| | | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees $9645.00** | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $4625.00 to CG Realty, LLC | | | |
| 702. $5020.00 to Coldwell Banker Realty | | | |
| 703. Commission paid at settlement | | $395.00 | $9,250.00 |
| 704. Broker Flat Fee to CG Realty, LLC | | | $350.00 |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE A) | | |
| 804. Appraisal Fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax Service | (from GFE #3) | | |
| 807. Flood Cert. Fee | (from GFE #3) | | |
| 808. | | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | |
| 901. Daily interest charges | (from GFE #10) | | |
| 902. Mortgage Insurance Premium | (from GFE #3) | | |
| 903. Homeowner's Insurance | (from GFE #11) | | |
| 904. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. | | | |
| 1003. | | | |
| 1004. | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance to Secured Land Transfers dba Keystone Title Services | (from GFE #4) | $45.00 | $500.00 |
| 1102. Settlement or closing fee | | | |
| 1103. Owner's title insurance to Secured Land Transfers dba Keystone Title Services | (from GFE #5) | $1,660.45 | |
| 1104. Lender's title insurance | | | |
| 1105. Lender's title policy limit  $0.00 | | | |
| 1106. Owner's title policy limit  $185,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium to Secured Land Transfers dba Keystone Title Services | $1,494.40 | | |
| 1108. Underwriter's portion of the total title insurance premium to TRGC | $166.05 | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $86.75 | |
| 1202. Deed $86.75    Mortgage $    Releases $ | | | |
| 1203. Transfer taxes | (from GFE #8) | $1,850.00 | |
| 1204. City/County tax/stamps  Deed $1850.00    Mortgage $ | | | $925.00 |
| 1205. State tax/stamps  Deed $1850.00    Mortgage $ | | | $925.00 |
| 1206. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Deed Registration to Norristown Borough | | $10.00 | |
| 1303. Portnoff Lien Cert to Portnoff Law Associates | | | $25.00 |
| 1304. Waste Generation Fee to County of Montgomery | | | $15.00 |
| 1305. Sewer to Norristown Municipal Waste Authority | | | $20.60 |
| 1306. Inheritance Tax Due to Register of Wills, Agent | | | $43.84 |
| 1307. 2022 Town/County Property Taxes to The Municipality of Norristown | | | $2,132.44 |
| 1308. Duplicate tax bill fee to The Municipality of Norristown | | | $5.00 |
| 1309. Chimney Invoice to Chimney Scientist | | | $2,647.78 |
| 1310. Reimbursements for U&O and Lead Test to Lydia Hayward | | $665.50 | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **$4,712.70** | **$16,839.66** |

If you have any questions about the settlement charges and loan terms listed on this form, please contact your lender. Settlement agent is not responsible for content of lender's assessments on HUD.

The seller's and borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance prorations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between borrower and seller directly. Any deficit delinquent taxes or mortgage payoffs will be promptly reimbursed to the settlement agent by the seller.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**BUYERS**

*Trinidad Zavala Medina* (signed)
Trinidad Zavala Medina

*(signed)*
Gabriel Torres Ascencion

**SELLERS**

The Estate of Sonia N. Rosas

*(signed)* Administrator
By: Enock Burgos, Administrator

...ne HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

**Settlement Agent**    *(signed)*    **Date**  05/06/2022

KEYSTONE TITLE SERVICES

**Exhibit 'C'**

*Any items marked "POC" were paid outside closing by: Borrower POC (B), Lender POC (L), Mortgage Broker POC (M), Seller POC (S), Real Estate Agent POC (A) or by the Other (O)

EB_Admin_0466