# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   ENOCK BURGOS, JR., | : |
| | : Case No. 25-12562-djb |
| Debtor | : |
| | : |
| Jennifer D. Gayle, | : |
| Administrator d.b.n. c.t.a for the | : |
| Estate of Sonia N. Rosas, Deceased | : |
| Movant | : |
| vs. | : |
| | : |
| Enock Burgos, Jr., | : |
| Respondent | : |

## ORDER

AND NOW, upon consideration of the Estate of Sonia N. Rosas' Motion for Relief from the Automatic Stay, and any response thereto, and after hearing, IT IS HEREBY ORDERED that the Estate's request for relief from the Automatic Stay is hereby GRANTED.

The Automatic Stay is hereby modified to permit the beneficiaries and Executor, Jennifer D. Gayle and the Estate of Sonia N. Rosas to take such actions under Pennsylvania Law, and other applicable Law and seek such remedies to recoup and recover the assets of the Estate of Sonia N. Rosas that were misappropriated and inappropriately removed by Debtor.  Further, Rule 4001(a)(4) shall not apply to this Order and the movant may immediately pursue any non-bankruptcy law remedies.

_____
Derek J. Baker, Judge