**PICARDI PHILIPS & OTTAVIANO**
By: Gregory W. Philips, Esquire
ID # 87132
1129 E. High Street, P.O. Box 776
Pottstown, PA 19464-0776
610-323-1400                                                              Attorney for
610-323-4660 (f)                                                          Estate of Sonia N. Rosas

---

### UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    ENOCK BURGOS, JR., | : | Chapter 13 |
| Debtor | : | Case No. 25-12562-djb |
| Jennifer D. Gayle,<br>Administrator d.b.n. c.t.a for the<br>Estate of Sonia N. Rosas, Deceased<br>Movant | : | |
| vs. | : | |
| Enock Burgos, Jr.,<br>Respondent | : | |

### CERTIFICATE OF SERVICE

I, Gregory W. Philips, Esquire, certify that a true and correct copy of the Motion for Relief from the Automatic Stay filed by Jennifer D. Gayle, Administrator d.b.n. c.t.a of the Estate of Sonia N. Rosas, Notice, and Proposed Order was served on the following person(s)

Kenneth E. West
Chapter 13 Trustee
1234 Market Street, Suite 18-341
Philadelphia, PA 19107

Enock Burgos, Jr.
C/o Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Via: The Court's ECF system

09/09/25                                                           /s/ Gregory W. Philips
Date:                                                              Gregory W. Philips, Esquire
                                                                   Attorney for Estate of Sonia N. Rosas, Deceased
                                                                   1129 High Street, POB 776
                                                                   Pottstown, PA 19464-0776
                                                                   Telephone: 610-323-1400