**PICARDI PHILIPS & OTTAVIANO**
By: Gregory W. Philips, Esquire
ID # 87132
1129 E. High Street, P.O. Box 776
Pottstown, PA 19464-0776
610-323-1400                                                                Attorney for
610-323-4660 (f)                                                            Estate of Sonia N. Rosas

---

## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:      ENOCK BURGOS, JR., | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 25-12562-djb |
| | : | |
| Jennifer D. Gayle, | : | |
| Administrator d.b.n. c.t.a for the | : | |
| Estate of Sonia N. Rosas, Deceased | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| Enock Burgos, Jr., | : | |
| Respondent | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

PLEASE TAKE NOTICE that Gregory W. Philips, Esquire, of the law firm of Picardi Philips & Ottaviano hereby enters his appearance on behalf of Creditor, Jennifer D. Gayle, Administrator d.b.n. c.t.a. of the Estate of Sonia N. Rosas, Deceased.

PLEASE TAKE FURTHER NOTICE that Counsel hereby requests that all notices given or required to be given in the above-captioned case, including, but not limited to, all papers filed and served and all notices mailed, be served upon him at the address below.

09/09/25                                                             /s/ Gregory W. Philips
Date:                                                                Gregory W. Philips, Esquire
                                                                     Attorney for Estate of Sonia N. Rosas, Deceased
                                                                     1129 High Street, POB 776
                                                                     Pottstown, PA 19464-0776
                                                                     Telephone: 610-323-1400