PICARDI PHILIPS & OTTAVIANO
By: Gregory W. Philips, Esquire
ID # 87132
1129 E. High Street, P.O. Box 776
Pottstown, PA 19464-0776
610-323-1400
610-323-4660 (f)

Attorney for
Estate of Sonia N. Rosas

---

### UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ENOCK BURGOS, JR., | : Chapter 13 |
| | | : |
| | Debtor | : Case No. 25-12562-djb |
| | | : |

### CERTIFICATE OF NO RESPONSE/OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other response to Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §§362(d)(1) & (2) and Rule 4001(a)(1) filed by Jennifer D. Gayle, Administrator d.b.n. c.t.a. of the Estate of Sonia N. Rosas, Deceased on September 9, 2025.

The undersigned further certifies that it has been more than 14 days from the filing of Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §§362(d)(1) & (2) and Rule 4001(a)(1), that he has received confirmation from Debtor's Counsel that the Motion will be uncontested and that he has reviewed the Court's Docket in this case and no Answer, Objection or Response to the Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §§362(d)(1) & (2) and Rule 4001(a)(1) appears thereon.

09/26/25
Date:

Gregory W. Philips, Esquire
Attorney for Estate of Sonia N. Rosas
1129 High Street, POB 776
Pottstown, PA 19464-0776
Telephone: 610-323-1400