**PICARDI PHILIPS & OTTAVIANO**
By: Gregory W. Philips, Esquire
ID # 87132
1129 E. High Street, P.O. Box 776
Pottstown, PA 19464-0776
610-323-1400                                                                        **Attorney for**
610-323-4660 (f)                                                            **Estate of Sonia N. Rosas**

---

### UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    **ENOCK BURGOS, JR.,** | : | Chapter 13 |
|  | : |  |
| **Debtor** | : | Case No. 25-12562-djb |
|  | : |  |
| **Jennifer D. Gayle,** | : |  |
| **Administrator d.b.n. c.t.a for the** | : |  |
| **Estate of Sonia N. Rosas, Deceased** | : |  |
| **Movant** | : |  |
| vs. | : |  |
|  | : |  |
| **Enock Burgos, Jr.,** | : |  |
| **Respondent** | : |  |

### CERTIFICATE OF SERVICE

I, Gregory W. Philips, Esquire, certify that a true and correct copy of the Certificate of No Response/Objection filed by the Estate of Sonia N. Rosas was served on the following person(s)

| | |
|---|---|
| Kenneth E. West<br>Chapter 13 Trustee<br>1234 Market Street, Suite 18-341<br>Philadelphia, PA 19107 | Enock Burgos, Jr.<br>C/o Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 |
| United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | |

Via: The Court's ECF system

| | |
|---|---|
| 09/26/25<br>Date: | /s/ Gregory W. Philips<br>Gregory W. Philips, Esquire<br>Attorney for Estate of Sonia N. Rosas, Deceased<br>1129 High Street, POB 776<br>Pottstown, PA 19464-0776<br>Telephone: 610-323-1400 |