**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                                   Case No. 25-12562-djb
                                                                                              Chapter 13

Enock Burgos, Jr.


Debtor(s).

## REQUEST TO MARK OBJECTION TO PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, **Lakeview Loan Servicing, LLC. c/o LoanCare, LLC**, on July 14, 2025 as moot as Debtor filed an Amended Plan on September 19, 2025 which satisfies Movants Objection.




                              By:        _/s/ Daniel P. Jones, Esquire_
                                         Daniel P. Jones, Esquire,
                                         Bar No: 321876
                                         Stern & Eisenberg, PC
                                         1581 Main Street, Suite 200
                                         The Shops at Valley Square
                                         Warrington, PA 18976
                                         Phone: (215) 572-8111
                                         Fax: (215) 572-5025
                                         djones@sterneisenberg.com
                                         Attorney for Creditor

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 9th day of October, 2025, to the following:

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
***Attorney for Debtor(s)***


Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Enock Burgos, Jr.
1016 Harrison Street
Philadelphia, PA 19124
***Debtor(s)***


          By:  */s/Daniel P. Jones, Esquire*