UNITED STATES BANKRUTPCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Enock Burgos, Jr. | Chapter 13 |
| Debtor | Case No. 25-12562 (DJB) |
| Jennifer D. Gayle, Administrator d.b.n. c.t.a for the Estate of Sonia N. Rosas, Deceased | |
| Movant | |
| vs. | |
| Enock Buros, Jr. | |
| Respondent | |

**ORDER**

AND NOW, upon consideration of the Estate of Sonia N. Rosas' Motion for Relief from the Automatic Stay (the "Motion") [Dkt. No. 20];

AND, a hearing being held on the Motion on October 9, 2025 and for the reasons stated on the record;

It is hereby **ORDERED** that the Motion is **GRANTED IN PART** for the sole purpose to provide relief from the automatic stay to permit the Movant to resume its litigation against the Debtor before the Montgomery County Court of Common Pleas, Orphans' Court Division to liquate the claims against the Debtor to the point of judgment only. No other relief to collect said judgement is granted.

Dated: October 10, 2025

_____
Derek J. Baker
United Sates Bankruptcy Court