United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12562-djb |
| Enock Burgos, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 10, 2025 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Enock Burgos, Jr, 1016 Harrison Street, Philadelphia, PA 19124-2920 |
| cr | + | Jennifer D Gayle, Estate of Sonia N. Rosas, Deceased, 840 First Avenue, Suite 100, King of Prussia, PA 19406-4063 |
| cr | + | LakeView Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor LakeView Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| GREGORY W. PHILIPS | on behalf of Creditor Jennifer D Gayle gwphilips@ydasp.com  philipslaw@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LakeView Loan Servicing  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Enock Burgos  Jr help@cibiklaw.com, |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 10, 2025 | Form ID: pdf900 | Total Noticed: 3

noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEVEN K. EISENBERG
on behalf of Creditor LakeView Loan Servicing LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUTPCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Enock Burgos, Jr. | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 25-12562 (DJB) |
| | : | |
| Jennifer D. Gayle, | : | |
| Administrator d.b.n. c.t.a for the | : | |
| Estate of Sonia N. Rosas, Deceased | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Enock Buros, Jr. | : | |
| Respondent | : | |

_____

**ORDER**

AND NOW, upon consideration of the Estate of Sonia N. Rosas' Motion for Relief from the Automatic Stay (the "Motion") [Dkt. No. 20];

AND, a hearing being held on the Motion on October 9, 2025 and for the reasons stated on the record;

It is hereby **ORDERED** that the Motion is **GRANTED IN PART** for the sole purpose to provide relief from the automatic stay to permit the Movant to resume its litigation against the Debtor before the Montgomery County Court of Common Pleas, Orphans' Court Division to liquate the claims against the Debtor to the point of judgment only. No other relief to collect said judgement is granted.

Dated: October 10, 2025

_____
Derek J. Baker
United Sates Bankruptcy Court