# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Burgos, Enock Jr., | : |
| | : Case No. 25-12562 |
| **Debtor** | : Chapter 13 |

## **ORDER**

AND NOW, upon consideration of the Objections to Debtor's Plan Confirmation filed by the Enock Burgos, Jr., any response thereto, and after hearing, it is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is hereby **DENIED**.

Date: _____

_____
Derek J. Baker, Judge
United States Bankruptcy Court