**PICARDI PHILIPS & OTTAVIANO**
By: Gregory W. Philips, Esquire
ID # 87132
1129 High Street, P.O. Box 776
Pottstown, PA 19464-0776
610-323-1400                                                                                          **Attorney for Creditor**
610-323-4660 (f)                                                                                      **Estate of Sonia N. Rosas**

---

## UNITED STATES COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ENOCK BURGOS, JR.,                   :    Case No. 25-12562-djb
                          Debtor             :    Chapter 13

### CERTIFICATE OF SERVICE

I, Gregory W. Philips, Esquire, hereby certify that on November 13, 2025, I caused Movant, the Estate of Sonia N. Rosas', Objections to Debtor's Plan Confirmation and Proposed Order, to be filed electronically with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

I certify that the following individuals were served electronically via the Court's CM/ECF system and by first class mail on November 14, 2025:

| | |
|---|---|
| Michael A. Cibik, Esquire<br>Cibik Law, P.C.<br>1500 Walnut St # 900,<br>Philadelphia, PA 19102 | Enock Burgos, Jr.<br>1016 Harrison Street<br>Philadelphia, PA 19124 |
| Office of the U.S. Trustee<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | Kenneth E. West, Chapter 13 Trustee<br>190 N Independence Mall W Suite 701,<br>Philadelphia, PA 19106 |

        Respectfully submitted,
        Picardi Philips & Ottaviano

        /s/ Gregory W. Philips
        Gregory W. Philips, Esquire
        Attorney for Jennifer D. Gayle,
        Administrator d.b.n. c.t.a. of the
        Estate of Sonia N. Rosas
        1129 E. High St., P.O. Box 776
        Pottstown, PA 19464-0776