# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Enock Burgos, Jr., | Chapter 13 |
| *Debtor*. | Case No. 25-12562-DJB |

### Order on Debtor's Response to Estate of Sonia Rosas' Objection to Debtor's Chapter 13 Plan

**AND NOW**, upon consideration of the Debtor's Response to Estate of Sonia Rosas' Objection to Debtor's Chapter 13 Plan, and after notice and a hearing, it is hereby **ORDERED** that:

1. The Estate of Sonia Rosas' Objection to Debtor's Chapter 13 Plan is **OVERRULED**.

Date: _____

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge