# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Enock Burgos, Jr., <br><br> *Debtor*. | Chapter 13 <br> Case No. 25-12562-DJB |

## Certificate of Service

I, Michael A. Cibik, certify that on October 14, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Response to Estate of Sonia Rosas' Objection to Debtor's Chapter 13 Plan, and Proposed Order

   I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 14, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Jennifer D. Gayle, Administrator**
1129 High Street
d.b.n. c.t.a. of the Estate of Sonia N. Rosas, Deceased
c/o Gregory W. Philips, Esquire
P.O. Box 776
Pottstown, PA 19464-0776
Method of Service: CM/ECF

**Enock Burgos, Jr.**
1016 Harrison Street
Philadelphia, PA 19124
Method of Service: First Class Mail