UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Enock Burgos, Jr., <br><br>    Debtor. | Case No. 25-12562-DJB <br> Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on November 6, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 6, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

**Lakeview Loan Servicing, LLC**
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

**Jennifer D. Gayle**
c/o Gregory W. Philips, Esq
P.O. Box 776
Pottstown, PA 19464-0776

**Method of Service - First Class Mail:**

American Heritage F**CU**
c/o Weltman Weinberg & Reis Co LPA
5990 West Creek Rd. Ste 200
INDEPENDENCE, OH 44131

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Cit Bank Na/loancare
3637 Sentara Way
Virginia Beach, VA 23452

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Lvnv Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**Monterey Financial Services**
Attn: Bankruptcy
4095 Avenida De La Plata
Oceanside, CA 92056-5802

**NAVY FCU**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119

**Online Collections**
Attn: Bankruptcy
PO Box 1489
Winterville, NC 28590

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Pentagon Federal Credit Union**
Attn: Bankruptcy
P.O. Box 1432
Alexandria, VA 22313-2032

**P**HH Mortgage
1 Mortgage Way
Mount Laurel, NJ 08054-4637

**Philadelphia Co Drs**
34 S 11th St Rm 304
Philadelphia, PA 19107

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Police & Fire FCU**
901 Arch Street
Philadelphia, PA 19107

**Self Financial, Inc.**
Attn: Bankruptcy
515 Congress Ave, Ste 1550
Austin, TX 78701

**Syncb/walm**
Po Box 71746
Philadelphia, PA 19176

**Trumark Financial Credit Union**
Attn: Bankruptcy
335 Commerce Dr
Ft Washington, PA 19034-2701

**USAA Federal Savings Bank**
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Water Revenue Bureau**
c/o Pamela Thurmond
Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617