### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Enock Burgos Jr.<br>　　　　　　　　Debtor(s)<br><br>LAKEVIEW LOAN SERVICING, LLC, its successors and/or assigns<br>　　　　　　　　Movant<br>　　　vs.<br>Enock Burgos Jr.<br>　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 25-12562 DJB |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING, LLC, which was filed with the Court on or about August 19, 2025.

Dated: <u>November 20, 2025</u>

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　<u>/s/Matthew Fissel</u>
　　　　　　　　　　　　　　　　　　　　Matthew Fissel, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Enock Burgos Jr. | BK NO. 25-12562 DJB |
| **Debtor(s)** | Chapter 13 |
| **LAKEVIEW LOAN SERVICING, LLC** | |
| Movant | |
| vs. | |
| Enock Burgos Jr. | |
| **Debtor(s)** | |
| Kenneth E. West | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 11/21/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 11/21/2025

<u>/s/ Matthew Fissel</u>
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Enock Burgos Jr.<br>1016 Harrison Street<br>Philadelphia, PA 19124 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Cibik, Esq.<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |