# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re                                              :
                                            :      Chapter 13
                                            :
ENOCK BURGOS, JR,                 :
                                            :
                                            :      Case No. 25-12562 (DJB)
                                            :
                               Debtor.    :
---------------------------------------------------------x

## THE CITY OF PHILADELPHIA'S
## OBJECTION TO THE PROPOSED THIRD AMENDED CHAPTER 13 PLAN

TO THE HONORABLE DEREK J BAKER:

      AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 1308(a), 1322(a)(2), and L.B.R. 3015-4, to object to the proposed Third Amended Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

      1.      On June 25, 2025, the Debtor filed a voluntary petition (the "Petition") for Chapter 13 bankruptcy with this Court.

      2.      On December 19, 2025, the City filed a claim that included unliquidated, non-filed business tax returns for Business Income and Receipts Tax and Net Profit Tax for which the Debtor was obligated to file returns but has failed to do so (the "Claim"). A true and correct copy of the claim is attached hereto as "**Exhibit A**."

      3.      A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

      4.      As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

5. As of December 2, 2025, the Debtor failed to file the following required tax returns with the City of Philadelphia:

**Business Income and Receipts Tax** return for the period: 12/31/2024

**Net Profits Tax** return for the periods: 12/31/2023 & 12/31/2024

6. The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

7. A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

8. The Plan should not be confirmed until all returns are filed and all the taxes that constitute priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: December 30, 2025    By:    */s/ Megan N. Harper*
MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re                                                  :
                                                       :         Chapter 13
                                                       :
ENOCK BURGOS, JR,                                      :
                                                       :
                                                       :         Case No. 25-12562 (DJB)
                                            Debtor.    :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Megan N. Harper, Divisional Deputy City Solicitor, hereby certify that on December 30, 2025, a copy of the Objection to the Purposed Third Amended Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, postage prepaid, as indicated below:

Via ECF Filing Notice:

| | |
|---|---|
| Chapter 13 Trustee | United States Trustee |
| Office of the Chapter 13 Standing Trustee | Office of United States Trustee |
| KENNETH E. WEST | Robert N.C. Nix Federal Building |
| 190 N. Independence Mall West –Suite 701 | 900 Market Street – Suite 320 |
| Philadelphia, PA 19106 | Philadelphia, PA 19107 |

Debtor's Counsel of Record:
ZACHARY PERLICK
1420 Walnut Street –Suite 718
Philadelphia, PA 19102

Via USPS Mail Delivery:
Enock Burgos, Jr
1016 Harrison Street
Philadelphia, PA 19124

                                                  THE CITY OF PHILADELPHIA

Dated: December 30, 2025       By:   */s/ Megan N. Harper*
                                                    MEGAN N. HARPER
                                                    Divisional Deputy City Solicitor
                                                    PA Attorney I.D. 81669