United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-12562-djb

Enock Burgos, Jr  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4

Date Rcvd: Jan 28, 2026      Form ID: pdf900      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Enock Burgos, Jr, 1016 Harrison Street, Philadelphia, PA 19124-2920 |
| cr | + | Jennifer D Gayle, Estate of Sonia N. Rosas, Deceased, 840 First Avenue, Suite 100, King of Prussia, PA 19406-4063 |
| cr | + | LakeView Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 15048693 | | Jennifer D. Gayle, Asminstrator, d.b.n. c.t.a. of the Estate of, Sonia N. Rosas, Deceased, c/o Gregory W. Philips, Esq, 1129 High St, POB 776 Pottstown, PA 19464-0776 |
| 15026944 | + | LAKEVIEW LOAN SERVICING, LLC, C/O Matthew Fissel, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15027769 | | New Hanover County Superior Court Clerk, Attn: Bankruptcy, Re: 25SP001339-640, BCP No.: F25-42531, 316 Princess St Wilmington, NC 28401-4062 |
| 15022808 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15022813 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 15022814 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15022821 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2026 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | CITY OF PHILADELPHIA, City of Philadelphia Law Department, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation and Collections Unit, Philadelphia, PA 19102-1595 |
| 15040178 | + | Email/Text: BKRMailOps@weltman.com | Jan 29 2026 00:32:00 | AMERICAN HERITAGE CREDIT UNION, c/o Weltman Weinberg & Reis Co LPA, 5990 West Creek Rd. Ste 200, INDEPENDENCE, OH 44131-2191 |
| 15022797 | + | Email/Text: jvalencia@amhfcu.org | Jan 29 2026 00:32:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15022800 | | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15088757 | | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | City of Philadelphia, c/o MEGAN N. HARPER Esq, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 15086043 | | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15069711 | | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15022798 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2026 00:43:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15022799 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 29 2026 00:32:00 | Cit Bank Na/loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15022801 | | Email/Text: bankruptcy@philapark.org | Jan 29 2026 00:32:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15022802 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2026 00:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15029996 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 00:43:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15045987 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 29 2026 00:32:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15024810 | ^ | MEBN | Jan 29 2026 00:25:03 | Lakeview Loan Servicing, LLC, c/o Steven K. Eisenberg, Esq, 1581 Main Street, Ste 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15041025 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 29 2026 00:32:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15022803 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2026 00:43:39 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15041460 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2026 00:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15022804 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2026 00:32:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15022805 | | Email/Text: bankruptcynotification@montereyfinancial.com | Jan 29 2026 00:31:00 | Monterey Financial Services. LLC, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15022806 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 29 2026 00:32:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15036474 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 29 2026 00:32:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15022807 | + | Email/Text: bankruptcy@onlineis.com | Jan 29 2026 00:32:00 | Online Collections, Attn: Bankruptcy, PO Box 1489, Winterville, NC 28590-1489 |
| 15022811 | | Email/Text: bkrgeneric@penfed.org | Jan 29 2026 00:31:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 15022812 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 29 2026 00:31:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15022809 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 29 2026 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15022810 | ^ | MEBN | Jan 29 2026 00:25:01 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15022815 | | Email/Text: bankruptcy@philapark.org | Jan 29 2026 00:32:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15022816 | + | Email/Text: bankruptcy1@pffcu.org | Jan 29 2026 00:32:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |

| | | | | |
|---|---|---|---|---|
| 15032000 | + | Email/Text: bankruptcy1@pffcu.org | Jan 29 2026 00:32:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15022817 | + | Email/Text: bankruptcy@self.inc | Jan 29 2026 00:32:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 15022818 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2026 00:43:53 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15022819 | | Email/Text: dbogucki@trumark.org | Jan 29 2026 00:32:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 15022820 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 29 2026 00:32:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15042384 | + | Email/Text: RASEBN@raslg.com | Jan 29 2026 00:31:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15022822 | | Email/Text: bkelectronicnotices@usaa.com | Jan 29 2026 00:31:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 15088754 | + | Email/Text: megan.harper@phila.gov | Jan 29 2026 00:32:00 | Water Revenue Bureau, c/o MEGAN N. HARPER Esq, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor LakeView Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| GREGORY W. PHILIPS | on behalf of Creditor Jennifer D Gayle gwphilips@ydasp.com philipslaw@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: pdf900 | Total Noticed: 48 |

MATTHEW K. FISSEL
    on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER
    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
    on behalf of Debtor Enock Burgos Jr help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEVEN K. EISENBERG
    on behalf of Creditor LakeView Loan Servicing LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Enock Burgos, Jr., *Debtor*. | Chapter 13<br>Case No. 25-12562-DJB |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **January 28, 2026**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**