**Enock Burgos**   **Chapter 13**   **25-12562-DJB**

**$375 per attorney hour**   **$150 per paralegal hour**

| Date | Staff | Work Performed | Hours | Total ($) |
|---|---|---|---|---|
| 4/24/2025 | Attorney | Initial consultation - discussed objectives with client and answered questions | 0.8 | $300.00 |
| Various | Attorney | Discussed ins and outs of filing with client | 0.1 | $37.50 |
| Various | Paralegal | Worked with client to get info necessary for petition | 0.4 | $60.00 |
| 6/25/2025 | Attorney | Drafted Chapter 13 petition | 0.3 | $112.50 |
| 6/25/2025 | Paralegal | Filed Chapter 13 petition | 0.1 | $15.00 |
| 6/25/2025 | Paralegal | Filed statement about social security numbers | 0.1 | $15.00 |
| 6/25/2025 | Paralegal | Filed certificate of credit counseling | 0.1 | $15.00 |
| 6/25/2025 | Paralegal | Drafted matrix list of creditors | 0.1 | $15.00 |
| 6/25/2025 | Paralegal | Filed matrix list of creditors | 0.1 | $15.00 |
| Various | Paralegal | Worked with Debtor to collect documentation necessary to prepare schedules, statements, and related documents. | 1 | $150.00 |
| 7/9/2025 | Paralegal | Prepared Employee Income Records | 0.1 | $15.00 |
| 7/9/2025 | Paralegal | Filed Employee Income Records | 0.1 | $15.00 |
| 7/9/2025 | Attorney | Drafted schedules, statements, and related docs | 5 | $1,875.00 |
| 7/9/2025 | Attorney | Drafted Chapter 13 Plan | 1 | $375.00 |
| 7/9/2025 | Attorney | Drafted form 122C-1 | 0.4 | $150.00 |
| 7/9/2025 | Paralegal | Filed schedules, statements, and related documents | 0.1 | $15.00 |
| 7/9/2025 | Paralegal | Filed Chapter 13 plan | 0.1 | $15.00 |
| 7/9/2025 | Paralegal | Filed form 122C-1 | 0.1 | $15.00 |
| 7/15/2025 | Attorney | Reviewed creditor's objection to confirmation | 0.1 | $37.50 |
| 7/18/2025 | Attorney | Reviewed creditor's objection to confirmation | 0.1 | $37.50 |
| 9/8/2025 | Attorney | Reviewed Trustee's motion to dismiss | 0.1 | $37.50 |
| 9/9/2025 | Attorney | Reviewed creditor's motion for relief from stay | 0.4 | $150.00 |
| 9/10/2025 | Attorney | Drafted amended schedule E/F | 0.1 | $37.50 |
| 9/10/2025 | Paralegal | Filed amended schedule E/F | 0.1 | $15.00 |
| 9/19/2025 | Attorney | Drafted amended schedule J | 0.1 | $37.50 |
| 9/19/2025 | Paralegal | Filed amended schedule J | 0.1 | $15.00 |
| 9/19/2025 | Attorney | Drafted first amended Chapter 13 Plan | 0.4 | $150.00 |
| 9/19/2025 | Paralegal | Filed first amended Chapter 13 Plan | 0.1 | $15.00 |
| 9/19/2025 | Paralegal | Drafted pre-confirmation certification | 0.1 | $15.00 |
| 9/19/2025 | Paralegal | Filed pre-confirmation certification | 0.1 | $15.00 |
| 10/3/2025 | Attorney | Prepared for meeting of creditors | 0.4 | $150.00 |
| 10/3/2025 | Attorney | Represented Debtor at meeting of creditors | 0.4 | $150.00 |
| 10/9/2025 | Attorney | Drafted amended schedule A/B | 0.1 | $37.50 |
| 10/9/2025 | Paralegal | Filed amended schedule A/B | 0.1 | $15.00 |
| 10/9/2025 | Attorney | Drafted amended schedule C | 0.1 | $37.50 |
| 10/9/2025 | Paralegal | Filed amended schedule C | 0.1 | $15.00 |
| 10/9/2025 | Attorney | Drafted amended schedule J | 0.1 | $37.50 |
| 10/9/2025 | Paralegal | Filed amended schedule J | 0.1 | $15.00 |
| 10/9/2025 | Attorney | Drafted second amended Chapter 13 Plan | 0.4 | $150.00 |
| 10/9/2025 | Paralegal | Filed second amended Chapter 13 Plan | 0.1 | $15.00 |
| 10/13/2025 | Attorney | Reviewed creditor's objection to confirmation | 0.4 | $150.00 |
| 10/14/2025 | Attorney | Drafted response to objection to confirmation | 0.6 | $225.00 |
| 10/14/2025 | Paralegal | Filed response to objection to confirmation | 0.1 | $15.00 |
| 11/6/2025 | Attorney | Drafted amended schedule J | 0.1 | $37.50 |
| 11/6/2025 | Paralegal | Filed amended schedule J | 0.1 | $15.00 |
| 11/6/2025 | Attorney | Drafted third amended Chapter 13 Plan | 0.4 | $150.00 |
| 11/6/2025 | Paralegal | Filed third amended Chapter 13 Plan | 0.1 | $15.00 |
| 11/6/2025 | Paralegal | Drafted pre-confirmation certification | 0.1 | $15.00 |
| 11/6/2025 | Paralegal | Filed pre-confirmation certification | 0.1 | $15.00 |
| 2/11/2026 | Attorney | Drafted application for compensation | 0.4 | $150.00 |
| 2/11/2026 | Paralegal | Filed application for compensation | 0.1 | $15.00 |

**Total Attorney Hours:** 12.7

**Total Paralegal Hours:** 3.9

**Total Compensation Requested:** $5,197.50