# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Enock Burgos, Jr.,<br><br>　　　　　　　　　Debtor. | Case No. 25-12562-DJB<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties in the manner indicated:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Enock Burgos Jr. (First Class Mail)
1016 Harrison Street
Philadelphia, PA 19124


Date: February 11, 2026

　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com